**Publishers Clearing House**
Customer Service
101 winners circle • port washington • new york 11050
RETURN SERVICE REQUESTED

1-800-566-4724
www.pch.com

15-33284

March 28, 2016

US BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
800 MARKET ST. SUITE 330
KNOXVILLE, TN 37902

Dear Clerk's Office:

Thank you for contacting us on behalf of your client, Michael Sean and Lori Ann Mahaffey. Unfortunately we were unable to locate their account with the information that was originally provided. In order for us to assist with this matter, we ask that you please provide us with any billing statement they may have received from Publishers Clearing House as well as their full name and mailing address.

Simply enclose the requested information above, along with this notice, and return it to us.

At Publishers Clearing House your satisfaction is our number one priority. If you have additional questions, visit the Customer Service section on our website at help.pch.com to find helpful answers to our most Frequently Asked Questions (FAQ), email our dedicated support team for assistance, and view your account information online. To contact us by phone, call us toll-free at 1-800-566-4724.

Cordially,

*Emily Johnson*

Emily Johnson, Manager - Customer Service

BLL
spadr/3858273

FILED
APR 04 2016
U.S. BANKRUPTCY COURT
Knoxville, Tennessee

*FROM OUR HOUSE TO YOUR HOUSE*
*Visit us at pch.com for great deals and exciting opportunities to enter our Sweeps!*